■ THE PEOPLE OF THE STATE OF NEW YORK, Plaintiff, v EON SHEPARD, Also Known as EON SHEPHERD, Defendant. [18 NYS3d 551]—Application by the defendant for a writ of error coram nobis seeking leave to file a late notice of appeal from a judgment of the Supreme Court, Kings County, rendered May 13, 1987.

Ordered that the application is denied.

The defendant has not established his entitlement to the relief requested (*see People v Syville*, 15 NY3d 391 [2010]). Dillon, J.P., Sgroi, Cohen and LaSalle, JJ., concur.